1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

10

11 | SECURITIES AND EXCHANGE
COMMISSION,

12

13 |         Plaintiff/Petitioner,

14 |    v.

15 | MICHAEL L. OGBURN,

16 |         Defendant/Respondent.

17

Case No. 8:24-mc-00021-DOC-KES

**ORDER TO SHOW CAUSE ISSUED UPON APPLICATION OF THE SECURITIES AND EXCHANGE COMMISSION FOR AN ORDER UNDER SECTION 20(c) OF THE SECURITIES ACT AND SECTION 21(e) OF THE EXCHANGE ACT ENFORCING COMPLIANCE WITH COMMISSION ORDER**

18
19
20
21
22
23
24
25
26
27
28

1    Upon the Application of the Securities and Exchange Commission (the

2    "Commission") for an order pursuant to Section 20(c) of the Securities Act of 1933

3    ("Securities Act"), 15 U.S.C. § 77t(c), and Section 21(e) of the Securities

4    Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u(e)(1), enforcing

5    compliance by Respondent Michael L. Ogburn ("Ogburn") with a final

6    Commission order entered against him on August 9, 2019 requiring him to pay a

7    civil penalty of $200,000 with additional interest pursuant to 31 U.S.C. § 3717, and

8    injunctive relief and the Declaration of Michael J. Roessner, and it appearing that

9    an Order to Show Cause should issue, it is hereby:

10    ORDERED, that the above-captioned Respondent Michael L. Ogburn shall

11    appear before this Court in Courtroom 10A of the Courthouse located at the

12    Ronald Reagan Federal Building and U.S. Courthouse, 411 W 4th St, Santa Ana,

13    CA on September 23, 2024 at 8:30 a.m. and show cause why the final Commission

14    order requiring Ogburn to pay a civil penalty of $200,000 with additional interest

15    pursuant to 31 U.S.C. § 3717, and injunctive relief, should not be granted.

16    ORDERED that Respondent shall be served pursuant to Rule 4 of the

17    Federal Rules of Civil Procedure.

18    FURTHER ORDERED, that Respondent shall serve and file any opposing

19    papers by 5:00 p.m. on September 9, 2024.  Service shall be made by delivering

20    the papers by that date to Michael Roessner, at 100 F Street, Mail Stop 5631,

21    Washington, DC 20549-0022 or via e-mail at roessnerm@sec.gov.

22    FURTHER ORDERED, that if Respondent fails to file opposing papers

23    and/or appear at the scheduled hearing, the Court may find Respondent in default

24    and enter an appropriate order against such party at such time without further

25    notice being given

26    FURTHER ORDERED, that if Respondent serves and files any opposing

27    papers, the Commission may serve and file reply papers by 5:00 p.m. on

28    September 16, 2024.  Service shall be made by delivering the papers by that date to

1

1   Respondent at the address he designates in his opposition papers or, if he

2   designates an e-mail address, via e-mail to that address.

3       **SO ORDERED.**

4

5   Dated: August 12, 2024

                                    HON. DAVID O. CARTER

6                                       UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28